UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-80018-T/P-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID KARP,

        Defendant.
_____/

## **REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, DAVID KARP, appeared before the Court on February 16, 2010, represented by AFPD Robin Rosen-Evans. The Defendant is charged with 3 violations: (1) contacting Ms. Jennifer Conn-Bonnar by telephone on January 24, 2010, after having been instructed to have no contact with her; (2) failing to participate in an approved psychiatric treatment program as directed; and (3) failing to report for urinalysis testing on January 11, 19, and 25, 2010, as directed. The defendant admitted to the violations.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty. The Court also recommends that this matter be set down for sentencing before the District Court.

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley, within fourteen days of being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.  *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 16 day of February, 2010.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court

2