UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80018-T/P-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**DAVID KARP,**
    **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, March 2, 2010**, at **4:00 p.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of February, 2010.

**copy furnished:**
AUSA Kerry S. Baron
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

                                            Daniel T. K. Hurley
                                        United States District Judge